**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02249-LTB

RAHEEM DAVIS,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on Plaintiff's "Default Judgment Motion Pursuant to Rule 55" (Doc. No. 16) filed on November 18, 2011. This case was dismissed by an Order and Judgment filed on November 16, 2011. Therefore, the Plaintiff's motion is DENIED as moot.

Dated:  November 30, 2011